

FILED ___ ENTERED
LOGGED ___ RECEIVED

JAN 1 1 2022

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY ___ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

Case No: 8:CV2200025 COMPLAINT DEFAMATION

Judge: Charles B. day

# Emergency motion stop diplomatic boycott 2022 Winter Beijing Olympics

Pacific Research and Education Institute (Pacific Think Tank )

Chen Bing

15800 Crabbs Branch Way, Suite 300

Rockville, MD 20855        Email:lawyerchen518@gmail.com

Plaintiffs

v.

(1) Joseph Robinette Biden Jr.

in his official capacity as the President of the United States

1600 Pennsylvania Ave NW Washington, DC 20500

（2）Mike Pompeo，（3）Antony Blinken，(4) United States Department of State，(5) Nancy Pelosi，(6) United States House of Representatives,(7) Marco Antonio Rubio，(8) Tom Cotton，(9) Congressional-Executive Commission on China, (10) United States House Committee on Foreign Affairs,（11）United States Commission on International Religious Freedom，(12). U.S. Department of the Treasury，(13) U.S.

1

Department of Commerce,(14) U.S. Department of Homeland Security,(15) Office of the U.S. Trade Representative,(16) U.S. Department of Labor, (17) Ilshat Hassan Kokbore , (18) Nury Turkel,(19) Gulchehra Hoja, (20) Rushan Abbas, (21) Adrian Zenz, (22) Uyghur Human Rights Project , (23) Campaign for Uyghurs, (24) Radio Free Asia, (25) British Broadcasting Corporation , (26) CNN Center, (27) The New York Times Company,(28) The Washington Post, (29) The Slate Group, LLC (FP),(30) The Uuited States Holocaust Memorial Museum's Simon-Skjodt Center

Naomi Kikoler of Director , (31) Newlines Institute for Strategy and Policy,(32) Amnesty International, (33) Human Rights Watch,(34) Stanford University , (35) The National Endowment for Democracy , (36) Center for Strategic and International Studies , (37) Pulitzer Prizes Board.

Defendants

Whereas the 2022 Beijing Winter Olympics will open on February 4.

Whereas Pompeo Secretary of State Pompeo of the Trump Administration, his successor Secretary of State Blinken and the Spokesperson for the Biden administration have determined that genocide and crimes against humanity in Xinjiang has been occurring without revealing evidence or reasoning on the assertion.

Whereas plaintiffs studied related reports, studies, testimonies, the relevant resolutions of the US government and the Congress on the so-called crimes against humanity and genocide in Xinjiang, and found no information of the perpetrators of the "crimes". This is completely a scam and farce. Moreover, we have comprehensively refuted in the indictment, and it is impossible for the defendants to have any verifiable evidence

of human rights violations in Xinjiang.

Whereas "The Biden administration will not send any diplomatic or official representation to the Beijing 2022 Winter Olympics and Paralympic Games given the PRC's ongoing genocide and crimes against humanity in Xinjiang and other human rights abuses[1]."

Whereas the reasons for the above-mentioned boycott are not supported by factual, legal basis or evidence. This is the shameless lies, hatred, division of human society. It must be stopped!

Whereas "the Tribunal's requests to the US Secretary of State for evidence and reasoning have been denied. The Pompeo/Blinken announcement is of no evidential value to the Tribunal[2]."

Whereas the Spokesman for the Chinese Ministry of Foreign Affairs said: "The practice of US gravely violates the principle of political neutrality enshrined in the Olympic Charter, runs counter to the Olympic motto of 'together' and stands on the opposite side of global athletes and sports fans. China deplores and firmly opposes the remarks of the US side and has lodged stern representations with the US and **will respond with firm countermeasures.**" "The US will pay a price for its erroneous actions. Just wait and see[3]."

**Whereas the United States will host the 2028 Los Angeles Olympics.**

Whereas President Biden said: "The Bible tells us that we shall know the truth, and the truth shall make us free. We shall know the truth." "My fellow Americans, in life, there's truth and, tragically, there are lies — lies conceived and spread for profit and

power. We must be absolutely clear about what is true and what is a lie."

Whereas the so-called crimes against humanity and genocide in Xinjiang are a factual, legal and morally dangerous failure of the United States.

Whereas Countries headed by the United States, diplomatically boycotting the 2022 Beijing Winter Olympics on false grounds is an insult to human intelligence and a violation of human dignity!

Whereas the Olympic Games have now become a symbol of peace and friendship around the world.

For the benefit of Olympic athletes and spectators worldwide, including the United States;

For America's reputation;

For the American Constitution and the rule of law;

For the interest of the United States, avoiding irreparable losses and harm;

We pray Judge the Honorable Charles Day to promptly order the U.S. government to stop the diplomatic boycott of the 2022 Beijing Winter Olympics.

Dated: January 10, 2022                          Respectfully submitted

*[signature]*

Appendix:

1. Press Briefing by Press Secretary Jen Psaki, December 6, 2021

https://www.whitehouse.gov/briefing-room/press-briefings/2021/12/06/press-briefing-by-press-secretary-jen-psaki-december-6-2021/

2. UYGHUR TRIBUNAL JUDGMENT Summary Form

https://uyghurtribunal.com/wp-content/uploads/2021/12/Uyghur-Tribunal-Summary-Judgment-9th-Dec-21.pdf

3. Foreign Ministry Spokesperson Zhao Lijian's Regular Press Conference on December 7, 2021

https://www.fmprc.gov.cn/mfa_eng/xwfw_665399/s2510_665401/2511_665403/202112/t20211207_10463627.html

Remarks By President Biden To Mark One Year Since The January 6th Deadly Assault On The U.S. Capitol

https://www.whitehouse.gov/briefing-room/speeches-remarks/2022/01/06/remarks-by-president-biden-to-mark-one-year-since-the-january-6th-deadly-assault-on-the-u-s-capitol/?utm_campaign=%E7%BE%8E%E5%9B%BD%E6%80%BB%E7%BB%9F%E6%8B%9C%E7%99%BB%E6%97%B6%E6%94%BF%E4%B8%AD%E6%96%87&utm_medium=email&utm_source=Revue%20newsletter

5