# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**(1) Chen, Bing** (Pro Se),

**(2) Pacific Research and Education Institute (PacificThink Tank)**

       et al., **Plaintiffs,**

      v.

（1）**Joseph Robinette Biden Jr,**

  in his official capacity as the President of the United States

（2）**Nury Turkel,**

  in his official Capacity as Vice Chair

of the U.S. Commission on International Religious Freedom

732 N. Capitol Street, N.W., Suite A714 Washington, DC 20401

       et al., **Defendants.**

     Case No : 8:22-CV-00025

**Motion of stop publishing the book**

Whereas, JOSEPH R. BIDEN JR., et al., Alleging Forced Labor, Crimes Against Humanity, Genocide, Serious Human Rights Violations in Xinjiang, China.

Whereas, the defendants allege human rights violations in Xinjiang that are suspected of criminal offenses under Chinese criminal law.

Whereas, alleging that news, research reports, witnesses, or "victims" of alleged human rights violations do not have specific perpetrators information.

Whereas , China's Xinjiang policy cannot violate China's criminal laws ,This is basic social common sense and legal reasoning. Therefore, any reasonable person can judge that the so-called Xinjiang forced labor, crimes against humanity, and genocide are

1

unproven and unreliable. Our research proves that this is the scam of the century and the farce of the world.

Whereas, Nury Turkel will publish No Escape: The True Story of China's Genocide of the Uyghurs, full of lies and hatred. Published on May 10, 2022, ISBN: 780369720443, Publisher: Harlequin, Company website and address, https://www.harlequin.com , 195 Broadway, 24th floor ,New York, NY 10007 ,United States ,Tel: (212) 207-7000. Defendant Nury Turkel's behavior will further demonize and defamation China and the Chinese people, and the interests of the plaintiffs will be further damage.We plea the honorable judge to order that the book be banned from publication until the case is concluded.

"Pacific Think Tank" is a non-profit research institution, and there is no lawyer representing it at present. If raising funds, we will hire a lawyer to represent to participate in the litigation. Moreover, "Pacific Think Tank" is not the plaintiff alone, and the request must be represented by a lawyer is unreasonable and has no legal basis. It's kind of scary that companies can't litigate if they don't have the money to hire a lawyer.

Whereas, S.Res.131 - A resolution condemning the Government of the People's Republic of China's treatment of the Uyghurs and other ethnic minorities in the Xinjiang Uyghur Autonomous Region (XUAR) and calling for an investigation into the abuses and crimes committed in the XUAR: "urges the President, the Secretary of State, and the United States Ambassador to the United Nations to simultaneously outline a strategy to investigate the human rights abuses and crimes that have taken place in the XUAR, collect evidence, and transfer the evidence to a competent court". This is a good time.

Whereas, There are only three possible scenarios for the Xinjiang issue:
1. There have been situations of forced labor, crimes against humanity, genocide, and serious human rights violations in Xinjiang , in this way, Chen Bing will publicly condemn the Xinjiang policy.

2. The U.S. government has been deceived and should admit mistakes and apologize.

3. The U.S. government has directly participated in deceiving the American people and the people of the world on the Xinjiang issue. It is politically wrong and illegal, greatly insulting the Chinese people and harming the interests of the American people.

Whereas, President Biden said: "There is truth and there are lies. Lies told for power and for profit. And each of us has a duty and responsibility, as citizens, as Americans, and especially as leaders – leaders who have pledged to honor our Constitution and protect our nation — to defend the truth and to defeat the lies."

President Xi Jinping said: Strive to let the people feel fairness and justice in every judicial case. We believe in the sincerity of the two national leaders.

President Xi Jinping has endorsed the retrial cases of Nie Shubin, Hugjiletu, and Nianbin. President Biden has endorsed the so-called forced labor, crimes against humanity, and genocide in Xinjiang, both of national leader have been fooled and deceived by their system. Both are constitutional crisis events, on China is a series of specific cases, and on the United States is foreign policy. Both are shocking absurdities and have very serious consequences. To the two leaders, Chen Bing was the one who said "the Emperor has no clothes", and a Whistleblower to the people of the United States and China, and Risk of possible retaliation by stakeholders. If the court does not hear the case be move forward in accordance with the law, it will increase the risk of my personal injury. In order to avoid causing greater damage and loss to multiple parties, the American people continue to be deceived, request to serve the defendants.

Dated: February 22, 2022

Respectfully submitted

_____
CHEN BING